**IN the INTEREST OF: A.A., a Minor**

**Petition of: A.A.**

**No. 125 MAL 2017**

Supreme Court of Pennsylvania.

July 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of July, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue as stated by petitioner, is:

(a.) Whether the Superior Court's reliance on *Commonwealth v. Kemp* to affirm the trial Court's denial of Petitioner's Motion to Suppress Evidence was in contradiction with the recent holding of a different Superior Court Panel, *Commonwealth v. Nguyen?*

■

**William EVANS, Petitioner**

v.

**The COMMONWEALTH Court of Pennsylvania (Harrisburg Division), Respondent**

**No. 55 EM 2017**

Supreme Court of Pennsylvania.

July 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of July, 2017, the Application for Leave to File Original Process and the Application for Leave to File a Response are **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.